UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-21948-CIV-GRAHAM/TORRES

FRANCISCO ROMERO, an individual,
REINIER GUERRERO-FAIFE, an individual,
CONRADO DIAZ, NELSON J. ROJAS, an
individual, and RAMIRO RODRIGUEZ, an
individual,

            Plaintiffs,

vs.

FUELTECH OIL SERVICE CORP.
a Florida corporation, and FLORIGAS,
INC., a Florida corporation,

            Defendants.

# PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENT TO STATEMENT OF UNDISPUTED MATERIAL FACTS (DE-69)

Plaintiffs, FRANCISCO ROMERO, REINIER GUERRERO-FAIFE, CONRADO DIAZ, NELSON J. ROJAS, and RAMIRO RODRIGUEZ, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 56(c) and Local Rules 7.1 and 7.5, hereby file their Response to Defendants' Supplement to Statement of Undisputed Facts and, state as follows:

1. For purposes of these cross motions, Plaintiffs do not dispute any of the Defendants' supplemental undisputed facts as they relate to the general operations of Fueltec or Florigas, however, dispute their relevance to the issue being briefed.

**REINER & REINER, P.A.**
*Counsel for Plaintiffs*
9100 So. Dadeland Boulevard, Suite 901
Miami, Florida   33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
e-mail:   *dpr@reinerslaw.com*

By: __/S/   **DAVID P. REINER, II**__
    **DAVID P. REINER, II**; Florida Bar No. 416400

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY that on March 17, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

**REINER & REINER, P.A.**
*Counsel for Plaintiffs*
9100 So. Dadeland Boulevard, Suite 901
Miami, Florida   33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
e-mail:   *dpr@reinerslaw.com*

By: **/S/   DAVID P. REINER, II**
_____
   **DAVID P. REINER, II**; Florida Bar No. 416400

# SERVICE LIST

(CASE NO. 09-21948-CIV-GRAHAM/TORRES)

*CM/ECF or E-mail*

**DAVID P. REINER, II, ESQ.**
REINER & REINER, P.A.
9100 South Dadeland Blvd., Suite 901
Miami, Florida   33156-7815
Tel: (305) 670-8282; Fax: (305) 6709-8989
E-mail:  *dpr@reinerslaw.com*
*(Counsel for Plaintiffs)*


**MICHAEL A. PANCIER, ESQ.**
LAW OFFICES OF MICHAEL A. PANCIER, P.A.
9000 Sheridan Street, Suite 96
Pembroke Pines, Florida   33024
Tel: (954) 862-2217; Fax: (954) 862-2287
E-mail:  *mpancier@pancierlaw.com*
*(Counsel for Defendants)*